AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LINARES, JOSE L. | U.S. DISTRICT COURT NEW JERSEY | 07/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

FEDERAL COURTHOUSE
50 WALNUT ST. ROOM 5054
NEWARK, NJ 07101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADJUNCT PROFESSOR | SETON HALL UNIVERSITY |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 07/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/12 | ADJUNCT PROFESSOR SETON HALL UNIVERSITY SALARY | $24,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/12 | PRUDENTIAL NJ PROPERTIES REAL ESTATE SALES COMMISSIONS |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US TREASURY | 2012 FEDERAL INCOME TAXES DUE 4/15/2013 | J |
| 2. | STATE OF NEW JERSEY | 2012 STATE INCOME TAXES DUE 4/15/2013 | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD BANK | A | Interest | L | T | | | | | |
| 2. PNC BANK | A | Interest | J | T | | | | | |
| 3. PNC BANK | A | Interest | J | T | | | | | |
| 4. A & J EQUITIES LLC (SEE ADDITIONAL INFORMATION) | F | Rent | O | R | | | | | |
| 5. INVESTOR SAVINGS BANK (FORMERLY AMERICAN SAVINGS) | A | Interest | J | T | | | | | |
| 6. REAL ESTATE RENTAL PT.PLEASANT NJ ON 10/24/09 FOR $340000 | A | Rent | N | R | | | | | |
| 7. IRA MET LIFE RUSSELL 2000 INDEX PORTFOLIO | B | Dividend | K | T | | | | | |
| 8. MET LIFE SECURITIES | A | Dividend | J | T | | | | | |
| 9. MET LIFE BANK MONEY MARKET | A | Interest | J | T | | | | | |
| 10. MET LIFE IRA MODERATE TO AGGRESSIVE ALLOCATION PORTFOLIO | E | Dividend | O | T | | | | | |
| 11. IRAMET LIFE NEUBERGER BERMAN GENESIS PORTFOLIO | B | Dividend | K | T | | | | | |
| 12. IRA MET LIFE JANUS FORTY PORTFOLIO | B | Dividend | L | T | | | | | |
| 13. IRA MET LIFE BLACKROCK AGGRESSIVE GROWTH | B | Dividend | K | T | | | | | |
| 14. IRA MET LIFE AMERICA FUNDS GROWTH INCOME | B | Dividend | K | T | | | | | |
| 15. IRA MET LIFE AMERICA FUNDS GLOBAL SMALL CAP FUND | B | Dividend | L | T | | | | | |
| 16. IRA MET LIFE MODERATE TO AGGRESSIVE PORTFOLIO | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. MET LIFE NON QUALIFIED ANNUITY | E | Dividend | M | T | Redeemed (part) | 03/31/12 | L | B | |
| 18. IRA MET LIFE AMERICA FUNDS GLOBAL SMALL | A | Dividend | J | T | | | | | |
| 19. IRA MET LIFE AMERICA FUNDS GROWTH | A | Dividend | K | T | | | | | |
| 20. IRA MET LIFE AMERICA FUNDS GROWTH INCOME | A | Dividend | K | T | | | | | |
| 21. IRA MET LIFE DAVIS VENTURE VALUE | A | Dividend | K | T | | | | | |
| 22. IRA MET LIFE HARRIS OAKMARK INTERNATIONAL | A | Dividend | K | T | | | | | |
| 23. IRA MET LIFE LORD ABBETT BOND DEBENTURE | A | Dividend | K | T | | | | | |
| 24. IRA MET LIFE NEUBERGER BERMAN GENESIS | A | Dividend | K | T | | | | | |
| 25. IRA MET LIFE WESTERN ASSET MANAGEMENT US GOVERNMENT | A | Dividend | J | T | | | | | |
| 26. IRA MET LIFE WESTERN ASSET MGMT STRATEGIC BOND | A | Dividend | J | T | | | | | |
| 27. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **LINARES, JOSE L.** | 07/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII INVESTMENTS AND TRUSTS

LINE 9 A & J EQUITIES LLC  ON 1/2/2010 PURCHASED _____ .  FOR $1500000.00
JUDGE LINARES HAS A 50% INTEREST IN THE LLC

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOSE L. LINARES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544